This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38039

**MARIO LUCAS CHAVEZ,**

>     Plaintiff-Appellant,

v.

**GLORIA CHAVEZ, Warden; GERMAN FRANCO; and NEW MEXICO DEPARTMENT OF CORRECTIONS,**

>     Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF GUADALUPE COUNTY**
**Floripa Gallegos, District Judge**

Mario Chavez
Santa Rosa, NM

Pro Se Appellant

Ylaw, P.C.
April D. White
Albuquerque, NM

Paula E. Ganz
Santa Fe, NM

for Appellees

### MEMORANDUM OPINION

**VANZI, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**